# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMIE CROWDER**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM,**<br><br>    Defendant. | Case No. 2:25-cv-11037-LJM-EAS<br><br>Honorable Laurie J. Michelson<br>Mag. Judge Elizabeth E. Stafford |

### ORDER ON SECOND STIPULATION EXTENDING TIME FOR CHARTER TO RESPOND TO PLAINTIFF'S COMPLAINT

The Court having considered the Parties' Second Stipulation Extending Time for Charter to Respond to Plaintiff's Complaint (ECF No. 9), and being otherwise fully advised,

It is **ORDERED** that the Stipulation is Granted and the time for Defendant to respond to the Complaint is extended until September 15, 2025.

Dated: August 12, 2025

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
                                        UNITED STATES DISTRICT JUDGE